# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR409 |
| | ) | |
| v. | ) | REPORT AND RECOMMENDATION |
| | ) | AND |
| OLGA ECHERIVEL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

At the conclusion of the hearing on April 28, 2009, on the defendant's motion to suppress evidence and to dismiss the Indictment, I stated my conclusions on the record and my decision to recommend that both motions be denied. In accordance with that announcement,

**IT IS RECOMMENDED** to the Honorable Lyle E. Strom, Senior United States District Judge, that the motion to suppress, Filing No. 39, and the motion to dismiss the Indictment, Filing No. 48, be denied.

**FURTHER, IT IS ORDERED:**

Pursuant to NECrimR 57.3 any objection to this Report and Recommendation shall be filed with the Clerk of the Court within ten (10) business days after the transcript is available to counsel for reading in the clerk's office. Failure to timely object may constitute a waiver of any such objection. The brief in support of any objection shall be filed at the time of filing such objection. Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

Dated this 28th day of April, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge