IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR409 |
| | ) | |
| v. | ) | |
| | ) | |
| OLGA ECHERIVEL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the report and recommendation (Filing No. 53) of the magistrate judge, recommending that defendant's motion to suppress (Filing No. 39) and the motion to dismiss the indictment (Filing No. 48) be denied. The Court has reviewed the motions, the briefs of the parties, the transcript, and the appeal from the report and recommendation (Filing No. 56) , and finds the report and recommendation should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The report and recommendation of the magistrate judge is approved and adopted;

2) The defendant's appeal from the report and recommendation of the magistrate judge is overruled;

3) The defendant's motion to suppress is denied;

4) The defendant's motion to dismiss is denied;

5) Trial of this matter is scheduled for:

**Monday, July 20, 2009, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The parties will have time to prepare for trial or pursue plea negotiations, and the Court's schedule requires the continuance.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between June 18, 2009, and July 20, 2009, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 18th day of June, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court