IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR409 |
| | ) | |
| v. | ) | |
| | ) | |
| OLGA ECHERIVEL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's notice of appeal (Filing No. 99), and her application to proceed without prepayment of fees and affidavit (Filing No. 100). The Court has reviewed the application and finds it should be granted. Accordingly,

IT IS ORDERED that defendant's application to proceed without prepayment of fees and affidavit is granted. Defendant may proceed on appeal without prepayment of fees.

DATED this 8th day of February, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court