IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR409 |
| | ) | |
| v. | ) | |
| | ) | |
| OLGA ECHERIVEL, | ) | MEMORANDUM OPINION |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the motion of defendant Olga Echerivel to vacate, set aside, or correct her sentence (Filing No. 149). For the following reasons, the motion will be denied.

## DISCUSSION

This is the third motion defendant has filed pursuant to 28 U.S.C. § 2255. Her first § 2255 motion, filed on July 11, 2011 (Filing No. 124), was denied by this Court on August 29, 2011 (*see* Filing Nos. 127 and 128). The Court denied Echerivel's second § 2255 motion (Filing No. 131) on largely the same grounds. *See United States v. Echerivel*, 8:08CR409, 2012 WL 3025115 (D. Neb. July 24, 2012) *reconsideration denied*, 8:08CR409, 2012 WL 3202534 (D. Neb. Aug. 6, 2012) *aff'd*, 500 F. App'x 568 (8th Cir. 2013).

The defendant's current § 2255 motion constitutes a "second or successive motion" within the meaning of 28 U.S.C.

§ 2255.  28 U.S.C. § 2255(h); *see United States v. Nicholson*, 231 F.3d 445, 454 (8th Cir. 2000); *see also United States v. Allen*, 157 F.3d 661, 664 (9th Cir. 1998); *Vancleave v. Norris*, 150 F.3d 926, 927-29 (8th Cir. 1998).  A petitioner seeking to file a second or successive § 2255 motion challenging their conviction or sentence must first obtain circuit court certification.  28 U.S.C. § 2255(h); *Allen*, 157 F.3d at 664; *U.S. v. Arnold*, 2001 WL 435648 at 1 (D.Minn. 2001).  Because the defendant has not received approval from the Eighth Circuit to file a second or successive § 2255 motion, the Court lacks jurisdiction over her claims.  *United States v. Key*, 205 F.3d 773, 774 (5th Cir. 2000); *Allen*, at 664; *United States v. Alvarez-Ramirez*, 128 F.Supp.2d 1265, 1267 (C.D.Cal. 2001).  Lacking jurisdiction, defendant's motion will be denied without prejudice.  A separate order will be entered in accordance with this memorandum opinion.

DATED this 8th day of October, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court