IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) OLGA ECHERIVEL, ) ) Defendant. ) _____) | 8:08CR409 ORDER AND JUDGMENT |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that defendant's motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255 (Filing No. 149) is denied without prejudice.

DATED this 8th day of October, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court